**19MJ03830**

2019 SEP 12 PM 12: 09

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America, PLAINTIFF(S)

v.

Robert Anthony Brown, DEFENDANT(S).

CASE NUMBER: 1 19 MJ 6 PAS

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Complaint
in the _____ District of Rhode Island on 08/09/19
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 1/2018
in violation of Title 21 U.S.C., Section(s) 846 & 841(a)(1)(b)(1)(A)
to wit: _____

A warrant for defendant's arrest was issued by: U.S. Magistrate Patricia A. Sullivan

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 9/12/19, by
_____, Deputy Clerk.

_____
Signature of Agent

William Claiborne
Print Name of Agent

US Postal Inspection Service
Agency

Postal Inspector
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT