AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT ANTHONY BROWN DOB xx/xx/1988 | ) | Case No. 1:19-MJ-61 PAS |
| | ) | 19 MJ 03830 |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____01/01/2017 to present____ in the county of _____ in the

_____ District of ____Rhode Island____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to possess 5 kilograms or more of cocaine with the intent to distribute |
| 21 U.S.C. 841(a)(1)(b)(1)(A) | Possession of 5 kilograms or more of cocaine with the intent to distribute |

This criminal complaint is based on these facts:

See attached affidavit of U.S. Postal Inspector Richard F. Atwood

☑ Continued on the attached sheet.

_____
Complainant's signature

Richard F. Atwood, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: ____08/09/2019____

_____
Judge's signature

City and state: ____Providence, RI____

Patricia A. Sullivan, U.S. Magistrate Judge
Printed name and title

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
           ☐ Indictment ☐ Charges/Counts Added
           ☐ Information

| Name of District Court, and/or Judge/Magistrate Location (City) |
| --- |
| UNITED STATES DISTRICT COURT    RHODE ISLAND |
| DISTRICT OF RHODE ISLAND    Divisional Office |

Name and Office of Person
Furnishing Information on
THIS FORM

AARON WEISMAN
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst.
U.S. Attorney    William J. Ferland
(if assigned)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
United States Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP   20,   21   or   40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense   RHODE ISLAND       County

---

CASE NO.

USA vs.   1:19-MJ-61 PAS

Defendant:   Robert Anthony Brown

Address:   330 W. 11th Street
         Apt. 601
         Los Angeles, CA 90015

☐ Interpreter Required   Dialect: _____

Birth
Date   5/18/1988    ☒ Male   ☐ Alien
              ☐ Female   (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☒ Warrant   ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
| --- | --- | --- | --- |
| | 21 U.S.C. Section 846 | Conspiracy to possess 5 kilograms or more of cocaine | ☒ Felony ☐ Misdemeanor |
| | | with the intent to distribute. | ☐ Felony ☐ Misdemeanor |
| | 21 U.S.C. Section 841(a)(1)(b)(1)(A) | Possession of 5 kilograms or more of cocaine with the | ☒ Felony ☐ Misdemeanor |
| | | intent to distribute. | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

# AFFIDAVIT

I, Richard F. Atwood, being first duly sworn, hereby depose and state as follows:

1.          This affidavit is submitted in support of a criminal complaint and arrest

warrant for ROBERT ANTHONY BROWN (BROWN) DOB xx/xx/1988.  As will be shown

below, there is probable cause to believe that between January 1, 2017 to the present, BROWN

has been involved with others in a conspiracy to distribute five kilograms or more of cocaine

with the intent to distribute and possession of five kilograms or more of cocaine with the intent

to distribute in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841.  BROWN has sent packages

containing cocaine through the United States mail from Los Angles, California to various

commercial mail receiving agencies (CMRA) located in the greater Providence, Rhode Island

metropolitan area and has received packages containing United States currency sent as payment

for the controlled substances through the mail from the greater Providence, Rhode Island

metropolitan area to the greater Los Angeles, California area.

## I.      BACKGROUND OF AFFIANT

2.          I am an "investigative or law enforcement officer" of the United States within

the meaning of 18 U.S.C.§2510(7), in that I am an officer of the United States empowered

by law to conduct criminal investigations and make arrests for offenses enumerated in 18

U.S.C. § 2516. I am also a law enforcement officer of the United States defined within the

meaning of the 1930 Tariff Act, 19 U.S.C. § 1589(a), and 18 U.S.C. § 2510(7). I have been

a law enforcement officer for twenty years. I am employed by the United States Postal

Inspection Service (USPIS), Boston Division, Rhode Island Domicile, as a U.S. Postal

Inspector, and have been so since June 2016. I was also previously a U.S. Postal Inspector

from June 2003 to August 2009. In my capacity as a U.S. Postal Inspector, I investigate a

1

wide variety of offenses and violations of federal criminal law, including offenses involving the transportation of controlled substances and other contraband through the United States Postal Service. From August 2009 to June 2016, I was a Special Agent with the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Office of the Special Agent-in-Charge, Boston (SAC/BOS), Airport/Seaport Group. In that position, I have investigated a variety of offenses including violations involving contraband being imported and exported into and out of the United States. I received training by the USPIS in the investigation of contraband, including stolen goods, narcotics, and counterfeit documents being transported through the United States mails, and in addition, I received training by HSI in the investigation of smuggled goods and/or contraband over interstate and international lines. Prior to becoming a U.S. Postal Inspector, I was a Police Officer with the Phoenix Police Department for approximately four years, and a Manchester, New Hampshire Police Officer for approximately eight months. Finally, I have a Bachelor of Arts Degree in History that I received while attending Framingham State College, in Framingham, Massachusetts.

3.     In my capacity as a Postal Inspector/Special Agent for 16 years, I have conducted or participated in hundreds of investigations involving the illegal manufacture, smuggling, and distribution of contraband, to include controlled substances, counterfeit merchandise and stolen goods. I have appeared before U.S. District Court Judges in the District of Massachusetts, Rhode Island and Arizona on numerous occasions to swear to affidavits in support of search, arrest, and seizure warrants pertaining to the illegal manufacture, smuggling, and distribution of contraband, to include controlled substances, counterfeit merchandise and stolen goods and identities.

## II.   STATEMENT OF PROBABLE CAUSE

4.      Beginning in January 2018, I received information from the manager at Mail Boxes Plus,[1] located on Reservoir Avenue in Cranston, Rhode Island, regarding suspicious parcels arriving from California to one of his customer's rental boxes. The manager advised that box number 126, was rented in April of 2017 by a woman who identified herself as Emma BERGMAN.  The woman began receiving the suspicious parcels in late October of 2017.  The manager said that an unidentified male, who claimed to be BERGMAN's boyfriend, always came and picked up the parcels shortly after they arrived at the store.  The manager also advised there was a second rental box, box number 242, rented by a Lisa WATERS, in December 2016 that was also receiving parcels from California.  The manager advised the same unidentified male also picked up the parcels for the WATERS' rental box.

5.      I began to monitor parcels going to Mail Boxes Plus and discovered multiple parcels being shipped from the Los Angeles, California area, specifically Los Angeles, Inglewood and Culver City, each weighing between two (2) to two and a half (2 1/2) pounds, every couple of weeks to BERGMAN's box at Mail Boxes Plus. The manager continued to advise me that the same unidentified male would come to pick up those parcels.

6.      On June 13, 2018, the Rhode Island State Police (RISP) High Intensity Drug Trafficking Area (HIDTA) Unit conducted surveillance at Mail Boxes Plus and observed the

---

1 Mail Boxes Plus is a Rhode Island Corporation that provides mailbox rentals, packaging, shipping, copying, and receiving services to customers for a fee. The company accepts mail from the U.S. Post Office, as well as private carriers such as FedEx and UPS. It falls into the category of a Commercial Mail Receiving Agency (CMRA).

unidentified male arrive to pick up another BERGMAN parcel. HIDTA members observed the subject driving a white Jeep Grand Cherokee, bearing Rhode Island registration, VD-877, which was registered to Urmiry Saldana of 69 Lakeview Drive Providence, Rhode Island.

7.          HIDTA members observed the unidentified male exit Mail Boxes Plus with a small parcel and return to the Jeep Grand Cherokee. HIDTA members began to follow the Jeep; however, the subject was driving at a high rate of speed and HIDTA members were unable to maintain surveillance.

8.          After a review of the surveillance video at Mail Boxes Plus showing the unidentified male picking up the parcels addressed to BERGMAN; RISP members were able to identify the male as Shawn SILVA. S SILVA has an extensive criminal history, to include arrests for Possession of Controlled Substances. RISP compared S SILVA's Rhode Island driver's license photo with the images on the video surveillance photographs provided by Mail Boxes Plus and concluded the individual was Shawn SILVA. It should be noted; S SILVA was normally wearing a yellow construction type vest when he would come in and pick the parcels.

9.          I continued to monitor parcels that were being shipped to Mail Boxes Plus and parcels addressed to BERGMAN that originated in the Los Angeles area. On November 28, 2018, I received information from the manager at Mail Boxes Plus that another parcel for BERGMAN had arrived. The manager also advised that there was another parcel for BERGMAN, which had arrived on November 19, 2018, that had not been picked up yet. I advised the RISP HIDTA Unit of the unclaimed *BERGMAN Parcel* at Mail Boxes Plus.

10.          Members of the RISP HIDTA Unit took possession of the unclaimed *BERGMAN Parcel*, which was a Priority Mail parcel. BERGMAN's rental application was reviewed and it was noted that she provided a fraudulent Utah driver's license as proof of

4

identification. HIDTA queried the license and learned that it was not legitimate. The WATERS'
rental application was also reviewed and it was noted that the female applicant had also provided
a fraudulent Utah Driver's License as proof of identification. In fact, both BERGMAN and
WATERS utilized the same address on their Utah driver's licenses.

11.      HIDTA members took the unclaimed *BERGMAN Parcel* and conducted a K9
narcotics examination, using RISP Trooper Sean McGehearty's K9 Bane.[2] Trooper McGehearty
advised that K9 Bane has been found previously to be reliable in the detection of narcotics and
has been responsible for numerous narcotic and narcotics' related currency seizures. The
*BERGMAN Parcel* was placed in an area free from narcotic odors. Other packages were also
placed in the area as controls. K9 Bane searched the area, and upon arriving at the *BERGMAN
Parcel* reacted in a positive manner, indicating the presence of a narcotic odor. K9 Bane did not
make any other positive alerts in the search area. A positive alert by a certified narcotics K9 is a
strong indicator that the parcel contains narcotics or something, such as proceeds, that has been
near narcotics.

12.      On the same date, RISP applied for and obtained a state search warrant for
the *Bergman Parcel*, which was authorized by the Honorable Magistrate J. Ippolito. RISP
executed the warrant and discovered a brick like object, packaged in multiple vacuum sealed
bags, which contained a brown powdery substance. A field test was completed, which resulted
in a presumptive positive reaction for heroin. The total weight of the heroin was 413 grams. The
remaining heroin was sent to the Rhode Island Department of Health for further testing and
returned with a positive result for pure heroin.

---

2. K9 Bane, has been certified in the detection of marijuana, heroin and cocaine by the New England
State Police Administrators Conference (NESPAC).

13.　　　　Using proprietary US Postal databases, I learned that either the same individual or electronic device that was querying/tracking the status of the *BERGMAN (heroin) Parcel*, was also querying other parcels that had been shipped from Los Angeles, California, to other Commercial Mail Receiving Agencies (CMRAs) in our area, i.e., UPS stores in Warwick and Providence, Rhode Island, as well as a CMRA, called Postal Express, located in Swansea, Massachusetts.

14.　　　　Again, utilizing U.S. Postal databases, I was able to obtain images of parcels not only shipped to Mail Boxes Plus, but also parcels shipped to the aforementioned CMRAs in Warwick, Providence and Swansea.  I noted that the sender's name written on several of the parcels was "Jackie Rose." The return address used on several of the parcels was "Jefferson Boulevard, Culver City, California."

15.　　　　On November 28, 2018, while conducting a review of Priority Mail Express parcels, at the Providence Processing and Distribution Center (P&DC), I observed within the mail stream, a Priority Mail parcel (herein referred to as the *Luna Parcel*) addressed to "Evenlyn Luna #767 10736 Jefferson Blvd. Culver City, CA 90230," with a return address of "Jackie Rose 12 Fort Ave. Cranston, RI 02905."  The package was approximately 12 inches long, 12 inches wide, and 5 ½ inches thick deep, weighing approximately 2 pounds 14 ounces. The *Luna Parcel* Priority Mail parcel label indicated that the parcel was mailed on November 28, 2018, from Providence, Rhode Island 02904.

16.　　　　Based on my training and experience in narcotics related investigations here in Rhode Island, I know that California is a source location for shipments through the continental United States, of illicit substances, including marijuana, methamphetamine and heroin.  I have personally seized numerous inbound packages that were mailed from California and sent to

6

addresses within the District of Rhode Island, which were found to contain marijuana, methamphetamine, cocaine and heroin. Correspondingly, I am aware that U.S. Currency, representing the payment for the inbound drugs, is frequently mailed back to California. The *Luna Parcel* bore no business account number, indicating that the package was paid for by an individual, using cash, debit and/or credit.

17.     Through the use of U.S. Postal Database/Postal verification systems and CLEAR databases, which maintains names, addresses and zip code information, I verified that "10736 Jefferson Blvd. Culver City, CA 02930" was a legitimate address; in fact, it is the address for a UPS Store location, which provides customers the option to rent a mailbox. The name "Evenlyn Luna" is associated with that address. I also investigated the information on the *Luna Parcel* related to the sender. I found that the address, "12 Fort Ave. Cranston, RI 02905," while a legitimate address, was at that time vacant. I was unable to associate the name "Jackie Rose' with the address.

18.     On November 29, 2018, the *Luna Parcel* was placed in an area known to be free from contamination by narcotics odors. RISP Trooper McGehearty, using K9 Bane, conducted a narcotics sniff of the area and K9 Bane gave a positive alert to the *Luna Parcel*, indicating the presence of a narcotic odor. No other positive alerts by K9 Bane were noticed. On November 30, 2018, I contacted each of the CMRAs in Warwick, Providence and Swansea, mentioned earlier in this affidavit, and obtained copies of the PS Forms 1583 applications (1583).[3]

---

3 The 1583 is a completed application for the delivery of mail using an agent. The U.S. Postal Service requires this form to be completed by individuals or entities who wish to rent boxes at CMRAs.

19.        In reviewing the application for the renter at the Warwick UPS Store, whose

parcels had been queried by the same device that had queried the *BERGMAN (heroin) Parcel*, I

found that the applicant was listed as a Colleen Bravo of Cranston.  The proof of identification

used was a California Driver's license; however, the photograph on the license was the same

female depicted on the BERGMAN fraudulent Utah driver's license used at Mailboxes Plus.  A

check on the California license established that it was counterfeit.  Law enforcement determined,

with the assistance of facial recognition, that the woman depicted in the license photo was Molly

O'BRIEN, a former Rhode Island resident.

20.        In reviewing the application for the renter at the Providence UPS Store,

whose parcels had also been queried by the same device that had queried the *BERGMAN*

*(heroin) Parcel*, listed Madeline SULLIVAN of Providence as the applicant.  The proof of

identification used was a New Mexico driver's license, and a rental application, which listed

"Jackie Rose" as her landlord.  A database check showed that the driver's license was fraudulent.

21.        In reviewing the application for the renter at the Swansea CMRA, known as

Postal Express, whose parcels had also been queried by the same device that had queried the

*BERGMAN (heroin) Parcel*, listed Kate COLLINS of North Attleboro, Massachusetts as the

applicant.  The proof of identification used was also a New Mexico driver's license.  The

photograph on the license showed the same female depicted on the SULLIVAN New Mexico

driver's license used at the Providence UPS Store. The license number was also determined to be

invalid.  To date, the female depicted in the photo has yet to be identified.

22.        On December 3, 2018, United States Magistrate Judge Lincoln D. Almond

issued a search warrant, 1:18-MJ-423, for the *Luna parcel*.  A search of the package resulted in

the discovery of several rolled bundles of U.S. currency, in vacuum-sealed bags, layered with a

red oily sticky substance. The vacuum-sealed bags of currency were wrapped in bubble wrap. The currency totaled $15,550.

23.       Using proprietary US Postal databases, I learned that either the same individual or device was querying the status of the *Luna Parcel*, as well as an additional parcel that had been shipped on November 28, 2018, from the Weybosset Street, Providence Post office to another UPS store in Los Angeles, California. I have found in my training and experience that, even when packages containing narcotics and/or narcotics proceeds are shipped to different areas in an attempt to avoid law enforcement detection, one individual will monitor/track all of the packages to determine if they arrive in a timely basis or are possibly intercepted by law enforcement.

24.       I then reviewed the video surveillance from November 28, 2018 from the Weybosset Street Post Office and noted that the same unknown female mailed both the *Luna Parcel* and the *Weybosset Street Parcel*. The unknown female mailed the two packages approximately 30 minutes apart. The two post offices are approximately two and a half miles apart in Providence.

25.       Using proprietary USPS databases, I also learned that a Priority Mail parcel had been shipped to the CMRA/UPS Store in Warwick, Rhode Island, which was addressed to Lydia GABLE, box 165. In reviewing the application for the renter of box 165 at the Warwick UPS Store, listed Lydia GABLE of Bristol, Rhode Island as the renter. A New Mexico drivers' license in the name of Lydia GABLE, had the image of the same woman who had shipped both the *Luna Parcel* and the *Weybosset Street Parcel*. A records check revealed the driver's license was not valid. Law enforcement databases, including facial recognition software, indicated that

Giselle POLANCO, a Providence resident, was a close match to the image on the GABLE driver's license.

26.     On December 18, 2018, Los Angeles Postal Inspector Kyle Reyes reviewed video surveillance from the Sunset Post Office in Los Angeles, California of the woman who mailed the *BERGMAN (heroin) Parcel* from Los Angeles to Rhode Island. The surveillance video showed that the individual who mailed the *BERGMAN (heroin) Parcel* from California to Rhode Island was the woman identified as Giselle POLANCO. I compared POLANCO's California and Rhode Island driver's license photographs with the surveillance video from Sunset Post Office and concluded it was POLANCO who mailed the *BERGMAN (heroin) Parcel.* I also compared POLANCO's California driver's license photograph with the fraudulent Lydia GABLE driver's licenses and concluded it was POLANCO depicted in the fraudulent licenses. POLANCO listed the following address on her California driver's license: 233 S LAFAYETTE PARK PL APT 108, LOS ANGELES, CA 90057.

**SURVEILLANCE OF SHAWN SILVA**

27.     On December 4, 2018 at approximately 0900 hours, RISP HIDTA members initiated surveillance at 69 Lakeview Drive, Providence, Rhode Island, the residence of S SILVA's girlfriend, Urmiry Saldana, the registered owner of the white Jeep Cherokee observed by RISP on June 13, 2018 at the Mail Boxes Plus. At approximately 0920 hours, surveillance members observed S SILVA exit the residence and approach a black GMC SUV bearing New York registration JBE1820, which was registered to Hertz. A few moments later, S SILVA was observed walking back to the residence. At approximately 0945 hours, S SILVA was observed walking to the same vehicle with a small child. S SILVA was wearing a yellow construction type vest like the vest he was wearing in surveillance photos from Mailboxes Plus. S SILVA

was later observed leaving the area, traveling towards Niantic Avenue. RISP contacted Hertz

Rental Car Company, who advised that Shawn SILVA rented the vehicle and provided an

address of 24 Pleasant Street, Providence, Rhode Island. S SILVA also provided the following

telephone number: 401-248-8622.

28.     On December 17, 2018 at approximately 0800 hours, HIDTA members

initiated surveillance at 69 Lakeview Drive, Providence, Rhode Island. At approximately 0945

hours, surveillance members observed S SILVA exit the above listed residence with a young

child, wearing a yellow construction vest. S SILVA entered a 2019 Dodge Ram pickup truck,

MA registration 8KD769, which was also registered to Hertz Rental Car Company. HIDTA

members followed S SILVA to 103/105 Verndale Avenue, Providence, Rhode Island. S SILVA

was observed taking the child inside of the residence and leaving alone. Members of HIDTA

followed S SILVA to Wrentham MA Outlets stores. After leaving the Wrentham Outlets

HIDTA members lost sight of S SILVA on 95 north.

**IDENTIFICATION OF ADDITIONAL CMRAs**

29.     Using proprietary U.S. Postal databases, I learned that the same individual or

device that queried the status of the *Luna Parcel* and the *Weybosset Street Parcel*, was also

querying parcels shipped to other CMRAs, including UPS stores located in Attleboro, North

Attleboro, Westport, Massachusetts, and Barrington, Bristol and Cumberland, Rhode Island, as

well as CMRAs in Franklin, Massachusetts and Providence, Rhode Island.

30.     In reviewing the application for the renter at the Westport UPS Store, the

applicant listed was Lydia Gable, of Bristol, Rhode Island. The same fraudulent New Mexico

driver's license used at the Warwick UPS Store, with the same image of Giselle POLANCO was

used as proof of identification.

11

31.        In reviewing the application for the renter at the Bristol UPS Store, the applicant listed was Kate COLLINS, who was the same applicant listed at the CMRA in Swansea. The same fraudulent New Mexico driver's license used at the Swansea CMRA, containing the same image of COLLINS' was utilized at the Bristol UPS Store.

32.        In reviewing the application for the renter at the North Attleboro UPS Store, the applicant was listed as Jasmine BROOKE, of North Attleboro. A fraudulent Texas driver's license was used as identification for the application. Law enforcement determined, with the assistance of facial recognition, that the woman depicted in the license photo was Marion GAMBOA. In reviewing the application for the renter at the Providence CMRA, known as Mailboxes Plus on Mineral Spring Avenue in North Providence, listed the applicant as Martha ROSLIN. A fraudulent California driver's license was used as identification for the application. Law enforcement determined, again with the assistance of facial recognition, that the woman depicted in the license photo was Marion GAMBOA, of Pawtucket, Rhode Island.

33.        With the assistance of the manager at Mailboxes Plus located on Reservoir Avenue in Cranston, RI (where the *Bergman Parcel* was located), I discovered a third box rental at the facility. In reviewing the application for the renter at the Mailboxes Plus (Cranston) CMRA, the applicant was listed as Emily GARCIA, of Attleboro, Massachusetts. A fraudulent Nebraska driver's license was used as identification for the application. Law enforcement determined, with the assistance of facial recognition, that the woman depicted in the license photo was Valerie GAMBOA of Pawtucket, Rhode Island. It should be noted, Marion and Valerie GAMBOA are sisters and reside at the same address in Pawtucket.

34.        In reviewing the application for the renter at the Franklin, Massachusetts CMRA, known as the Postal Center, the applicant listed was Monique BLISS, of Franklin. A

12

fraudulent Texas driver's license was used as identification for the application. Law enforcement determined, with the assistance of facial recognition, that the woman depicted in the license photo was Shaundra GAMBOA. In reviewing the application for the renter at the Barrington UPS Store, listed the applicant as Krystal CRUZ. A fraudulent Oregon driver's license was used as identification for the application. Law enforcement determined, again with the assistance of facial recognition, that the woman depicted in the license photo was again Shaundra GAMBOA. It should be noted, Shaundra GAMBOA is also the woman depicted in the Lisa WATERS' fraudulent Utah driver's license, which was utilized at the Mailboxes Plus CMRA, in Cranston, RI as previously mentioned.

35.      On January 12, 2019, using proprietary US Postal databases, I learned that the same individual or device that was querying several parcels that were recently shipped to CMRAs in Warwick, Providence and Bristol, Rhode Island, as well as Swansea and Westport, Massachusetts, had also queried several parcels that were shipped on or about January 5, 2019, from Pawtucket and Cranston Post offices to several CMRAs in the Los Angeles, California area. My review of the surveillance video at the Cranston Post Office from January 5, 2019, showed that S SILVA mailed one of those parcels to a UPS Store, located at 4859 W. Slauson Avenue, Los Angeles, California.

36.      Utilizing US Postal databases, I was able to obtain an image of the parcel sent to the W. Slauson UPS Store and found it was addressed to an Aricela Gomez, box #455. Inspector Reyes was able to obtain a copy of the application for the W. Slauson UPS Store and noted Aricela GOMEZ, listed a Las Vegas, Nevada address and provided a Nevada driver's license as proof of identification. A records check revealed the license was fictitious.

37.      On January 14, 2019, I spoke to the manager at the Swansea CMRA (Postal Express), in regards to the parcel that had been shipped to the COLLINS box on or about January 12, 2019. The manager advised a different girl, identified as Lydia GABLE usually picks up the parcels. I showed the manager a picture of Giselle POLANCO and she positively identified her as Lydia GABLE. It should be noted; Lydia GABLE is listed on the 1583 application as an authorized recipient. I asked the manager to contact me when the *Collins parcel* is picked up.

38.      On or about January 15, 2019, I spoke to the manager at the Providence UPS Store, located on Parsonage Street, in regards to the SULLIVAN box. I asked the manager if he could contact me when someone picks up *Sullivan Parcel*, which was recently shipped to the store. On January 22, 2019, I was notified that an unidentified male had just picked up the parcel addressed to Madeline SULLIVAN at the Providence UPS Store. The manager advised the male was driving a silver 4 door Nissan SUV bearing a Rhode Island license plate that the manager could not read. Law enforcement later located a silver Nissan Rogue SUV, which resembled the vehicle seen at the UPS Store, bearing RI registration NR-907, registered to Urmiry Saldana, parked in the driveway at the residence of Saldana, as previously mentioned. From my review of the UPS Store surveillance video, I identified the male as Shawn SILVA.

39.      On January 28, 2019, I was notified by JetBlue Watch security of an upcoming flight reservation for POLANCO. The reservation was scheduled for 10:45 pm on January 28, 2019 from Los Angeles International Airport (LAX) to Boston Logan International Airport (BOS). The flight was scheduled to land at BOS on January 29, 2019 at approximately 7:00 am.

40.      On January 29, 2019, surveillance was established at Logan Airport's Terminal C and with the assistance of agents with Homeland Security Investigations (HSI)

14

stationed at Logan Airport, POLANCO was observed exiting the flight.  Agents observed

POLANCO exit the terminal and get into the back seat of a Honda Accord that was parked in the

Ride Share Lot across from the terminal.  Agents followed the Honda to the area of Egleston

Square in Jamaica Plain but lost sight of the vehicle due to traffic.

41.     On January 30, 2019, I was contacted by the manager of the CMRA in

Swansea who advised me that POLANCO had picked up the *Collins parcel*.  The manager

advised POLANCO was driving a vehicle bearing a Pennsylvania license plate, KRY7194.  A

registration query revealed the vehicle was a 2018 Ford SUV, registered to PV Holding

Corp/Avis.

42.     A grand subpoena was issued to Avis Budget Group requesting rental

information on the vehicle POLANCO was observed driving.  Avis Security advised the vehicle

bearing Pennsylvania license plate, KRY7194 was rented by Giselle POLANCO on January 30,

2019 from their Eddy Street location in Providence.  POLANCO provided a California Driver's

License, number Y9211462 as proof of identification.  POLANCO also provided the following

address and phone number: 233 S. Lafayette Park, Los Angeles, CA 90057; 401-301-3435.

43.     With the assistance of the Drug Enforcement Administration (DEA), an

administrative subpoena was issued to T-Mobile for subscriber information for telephone

number 401-301-3435.  T-Mobile advised the subscriber was Giselle POLANCO, 233 S.

Lafayette Park Place, Apt. 108, Los Angeles, CA 90057.  T-Mobile advised the service was

started on August 6, 2018.  Utilizing US Postal databases/address verifications systems, I

confirmed POLANCO was receiving mail at 233 S. Lafayette Park Place, Apt. 108, Los Angeles,

CA.

44.         On or about February 8, 2019, I learned another parcel was shipped to the

Providence UPS Store addressed to Madeline SULLIVAN.  On February 14, 2019, the manager

contacted me to advise the same individual from January 22, 2019, had just picked up the parcel.

I was able to review the surveillance video and determined the individual was S SILVA.  The

video surveillance from the outside of the store was able to capture the license plate of the

vehicle S SILVA was operating, which was a Rhode Island plate, bearing number DR-573.  A

registration query revealed the vehicle was registered to Richmond Motor Sales, located at 519

Pawtucket Avenue, Pawtucket, RI.  It should be noted I am familiar with Richmond Motor Sales.

Richmond Motor Sales is a small, local, privately owned used car and car rental business.  Based

upon the numerous surveillances, arrests and seizures, Rhode Island based law enforcement have

concluded Richmond Motors is the preferred rental vehicle location to narcotics traffickers.  It is

believed that this is due to their cash only, no credit card required agreements.

**GRAND JURY INFORMATION FOR IP ADDRESSES**

45.         In December 2018, a review of the proprietary US Postal databases that were

tracking parcels shipped from California to the CMRAs in Rhode Island and Massachusetts,

which included the parcels that were seized and found to contain heroin and $15,500.00,

revealed a Charter Communications account based out of California was querying the parcels.

Grand Jury subpoenas were issued to Charter Communications requesting subscriber account

information for the internet protocols (IP) addresses found to be tracking the parcels.

46.         On February 5, 2019, Charter Communications responded and provided the

following subscriber information:  Robert BROWN, 330 W 11TH ST APT 602, LOS

ANGELES, CA 90015.  I immediately requested assistance from Inspector Reyes with obtaining

a copy of BROWN's California driver's license.  Inspector Reyes provided BROWN's California driver's license, which listed an address of 4520 Paseo Girasol, Camarillo, CA 93012.

47.    Utilizing US Postal databases/address verifications systems, I learned BROWN filed a change of address from 4520 Paseo Girasol, Camarillo to 330 W 11TH ST APT 602, LOS ANGELES, CA 90015 on September 14, 2017.  I then confirmed with the local post office that BROWN was still receiving mail at 330 W. 11th Street Apt. 602.  While querying the US Postal change of address verification system, I also discovered Giselle POLANCO filed a change of address from 4520 Paseo Girasol, Camarillo, CA to a PO Box in Sherman Oaks, California on May 11, 2017.

## COCAINE SEIZURE – FEBRUARY 2019

48.    On February 17, 2019, while continuing to monitor parcels shipped to the targeted CMRAs, I learned a parcel was shipped from Los Angeles, California on February 16, 2019 to 1800 Mineral Spring Avenue, Providence, RI 02904, the Mailboxes Plus CMRA, located in North Providence.  Through the use of US Postal databases, I was able to obtain an image of the parcel, hereafter referred to as the "*Mineral Spring Parcel*", which listed the recipient as Martha Roslin.

49.    On February 19, 2019, Police K-9 Trooper Sean McGehearty of the Rhode Island State Police K-9 Unit and his narcotic trained K-9 Bane conducted an examination of the *Mineral Spring Parcel* and alerted to the presence of narcotics.  On February 21, 2019, U.S Magistrate Judge Lincoln D. Almond authorized a federal search warrant, (1:19-SW-55 LDA), for the *Mineral Spring Parcel*.  On the same day, Postal Inspector Mike Maccarone and I

executed the warrant and discovered a vacuum sealed brick like object, layered in an oily

mustard substance. Upon removing the vacuum sealed bag, a white powdery substance was

discovered that field tested positive for cocaine. The total weight of the cocaine was 560 grams.

50.        I was able to review the surveillance video from the La Tijera Post Office in

Los Angeles, where the *Mineral Spring Parcel* was mailed from and determined it was Robert

BROWN who mailed the parcel. I was able to compare BROWN's California driver's license

photograph with the surveillance video from La Tijera Post Office and concluded it was

BROWN who mailed the *Mineral Spring Parcel*. It should be noted; I have reviewed numerous

other surveillance videos from various other Los Angeles area post offices where parcels related

to the investigation were mailed from and found BROWN is depicted in nearly every video

shipping the parcels.

51.        On February 19, 2019, while utilizing USPS proprietary databases, I learned

that the same individual or device that was querying the status of the *Mineral Spring Parcel*, had

also queried several parcels shipped to several UPS Stores/CMRAs, located at 11 Angell Street,

Providence and 20 Commerce Way, Seekonk, MA. In reviewing the application for the renter at

the Angell Street UPS Store, it listed the applicant as Linda Carpenter, of Providence. A

fraudulent Ohio driver's license was used as proof of identification for the application. The

woman depicted in the license photo was Shaundra GAMBOA, described more fully above. In

reviewing the application for the renter at the Commerce Way UPS Store, it listed the applicant

as Kia Washington. A fraudulent Utah driver's license was used as identification for the

application. Again, the woman depicted in the license photo was Shaundra GAMBOA.

52.        On or about February 24, 2019, I learned another parcel was shipped to the

Providence UPS Store addressed to Madeline SULLIVAN. On February 25, 2019, the manager

18

contacted me to advise the same individual from February 14, 2019, had just picked up the parcel. I was able to review the surveillance video and determined the individual was S SILVA. The surveillance video outside of the store showed S SILVA leaving in a gray Jeep Cherokee with black rims, bearing a Rhode Island license plate that was too blurry to read.

53.     It should be noted a second parcel addressed to Madeline SULLIVAN arrived at the Providence UPS Store on February 26, 2019. On March 6, 2019, the manager contacted me advising a different individual picked up the parcel on March 5, 2019. The manager advised the individual knocked on the door after the store had closed and demanded to pick up the parcel. The manager stated the employees allowed him in to retrieve the parcel. I reviewed the surveillance video from the Providence UPS Store and observed an unknown African American male retrieve the parcel. The surveillance video outside of the store showed the unknown male leaving in a white Jeep Wrangler.

54.     I then contacted RISP HIDTA and provided them the video surveillance photos from the Providence UPS Store and they advised the individual resembled Leeron SILVA (herein after referred to as L SILVA), who is possibly the brother of S SILVA. RISP provided a booking photograph of L SILVA. I showed the employee at the Providence UPS Store the photograph of L SILVA and he positively identified L SILVA as the individual who picked up the parcel on March 5, 2019 after the store closed.

55.     I could not locate a Rhode Island driver's license for L SILVA but I learned L SILVA use to reside in California. Inspector Reyes was able to locate an expired California driver's license for L SILVA. I compared the photograph on L SILVA California driver's license photograph with the surveillance video from Providence UPS Store and concluded it was L SILVA who picked up the parcel on March 5, 2019.

19

## ADDITIONAL GRAND JURY INFORMATION FOR IP ADDRESSES

56.        In February 2019, grand jury subpoenas were issued to T-Mobile in regards

to subscriber information for IP addresses found to be tracking parcels associated with the

investigation, to include the parcels that were seized and found to contain heroin and $15,500.00.

On March 18, 2019, T-Mobile provided the following subscriber information based on the IP

addresses provided:

    a.  Leeron SILVA, 77 Abbott Street, Providence, phone number: (401)999-1105;

        account cancelled on February 3, 2019.  (L SILVA account queried parcels

        shipped from Rhode Island to UPS Stores in California in October 2018).

    b.  Giselle POLANCO, 233 S. La Fayette Park Place, Apt. 108, Los Angeles,

        CA, phone number: (401)301-3435, account activated on August 6, 2018.

        (POLANCO account queried the *Bergman (heroin) Parcel* on November 17,

        2018).

    c.  Robert BUFORD, 646 ½ W. 108th Street, Los Angeles, CA, phone number:

        (323)831-4109, activated on November 5, 2018.  (BUFORD account queried

        parcel S SILVA shipped on January 5, 2019 from the Cranston Post Office).

    d.  D&J Alternative Trucking/Deondre JONES, 712 W. 106th Street, Los

        Angeles, CA, phone number: (424)558-4729, activated on June 10, 2016.

        (JONES account queried numerous parcels shipped to and from RI, to include

        the parcel S SILVA picked up at the Providence UPS Store on February 14,

        2019).

e.  Three prepaid phones; phone numbers: (786)781-5285, (774)540-9005 and

(213)298-2226 (queried numerous parcels including the *Bergman (heroin)*

*Parcel* and *Luna Parcel*).

**CONTINUED SURVEILLANCE ON SHAWN SILVA**

57.      In June 2018, S SILVA was observed leaving the Providence UPS Store in a

Jeep Cherokee.  On March 5, 2019, RISP HIDTA  located a Jeep parked at 77 Abbott Street.  A

registration query on plate number CK-770 revealed the vehicle was registered to Hertz Rental.

RISP contacted Hertz who advised the vehicle was rented to Shawn SILVA.  A grand jury

subpoena was issued to Hertz requesting rental information on the Jeep Cherokee, bearing RI

license plate CK-770.  On March 13, 2019, Hertz responded providing the following

information:

a.  Customer Information: Shawn SILVA, 77 Abbott Street, Providence, RI

02906, phone number (401) 248-8622; rented on February 18, 2019 and due

to be returned on March 18, 2019.

58.      On March 7, 2019, RISP prepared a GPS tracker state search warrant for the

Jeep Cherokee, which was signed by Rhode Island State District Court Judge Smith at 6th

Division District Court.  On or about March 10, 2019, HIDTA members placed the GPS tracker

on the Jeep.  On March 12, 2019, at approximately 4:00 am the GPS tracker unit appeared to be

malfunctioning, indicating the tracker was inside the residence at 77 Abbott Street, Providence.

On March 22, 2019, after the Jeep was returned to Hertz, HIDTA members checked the vehicle

and found the tracker was no longer there.  The GPS tracker unit was later recovered from S

SILVA's mother, Karen Silva, who left the unit on the front step of 77 Abbott Street.  Upon

inspecting the unit, HIDTA members determined it was tampered with and opened. The interior
of the unit showed a cut wire.

**COCAINE SEIZURE – APRIL 2019**

59.　　　　On April 15, 2019, while continuing to monitor parcels shipped to the
CMRAs, I learned a parcel was shipped from Los Angeles, California on April 13, 2019 to 11
Broadcommon Road, Bristol, RI 02809. The parcel had arrived at the Bristol Post Office. I was
able to recover the parcel, hereafter referred to as the *Broadcommon Road Parcel*, which listed
the recipient as Kate Collins.

60.　　　　On April 15, 2019, Police K-9 Trooper Justin Andreozzi of the Rhode Island
State Police K-9 Unit and his narcotics trained K-9 Riggs[4] conducted an examination of the
*Broadcommon Road Parcel* and alerted to the presence of narcotics. On April 23, 2019, U.S
Magistrate Judge Lincoln D. Almond authorized a federal search warrant, (1:19-SW-146 LDA),
for the *Broadcommon Road Parcel*. On the same day, Postal Inspector Sean Boyce and I
executed the warrant and discovered a vacuum sealed brick like object, layered in an oily
mustard substance. Upon removing the vacuum sealed bag, a white powdery substance was
discovered that field tested positive for cocaine. The total weight of the cocaine was 520 grams.

61.　　　　I was able to review the surveillance video from the Hillcrest Post Office in
Los Angeles, where the *Broadcommon Road Parcel* was mailed from and determined it was
Robert BROWN who mailed the parcel. I again compared BROWN's California driver's license
photograph with the surveillance video from Hillcrest Post Office and concluded it was BROWN
who mailed the *Broadcommon Road Parcel*. As previously stated, I have and continued to
review numerous other surveillance videos from various other Los Angeles area post offices

---

4. K9 Riggs, has been certified in the detection of marijuana, heroin and cocaine by the New England
State Police Administrators Conference (NESPAC).

where parcels related to the investigation were mailed from and found BROWN is depicted in nearly every video shipping the parcels.

62.         Using proprietary US Postal databases, I learned that the same individual or device that was querying the *Broadcommon Road Parcel*, had also queried a parcel shipped on or about April 13, 2019, from the Cranston Post offices to several CMRAs in the Los Angeles, California area.  My review of surveillance video at the Cranston Post Office from April 13, 2019, revealed an unidentified African American male with long dreadlock hair, shipped the parcel.  It should be noted, this same unknown male has shipped numerous other parcels, associated with the investigation to the CMRAs in the Los Angeles area.

### "SNEAK AND PEEK" SEARCH WARRANT – APRIL 2019

63.         On April 22, 2019, I learned the same unidentified African American male had just shipped another parcel to the UPS Store, located at 8601 Lincoln Blvd, Los Angeles, CA 90045 (herein referred to as the *Lincoln Blvd Parcel*) from the Cranston Post Office.  On April 23, 2019, Police K-9 Trooper LJ Fiorenzano of the Rhode Island State Police K-9 Unit and his narcotic trained K-9 Nick[5] conducted an examination of the *Lincoln Blvd Parcel* and alerted to the presence of narcotics.

64.         On April 23, 2019, U.S. Magistrate Judge Patricia A. Sullivan authorized a "sneak and peek" warrant, (1:19-SW-151 PAS) to search the *Lincoln Blvd Parcel*.  On the same date, Postal Inspector James Foley and I executed the "sneak and peek" warrant and discovered the following:  a white box wrapped in bubble wrap and inside the white box, a triple vacuum sealed bundle of US Currency.  There were four rolled up bundles of currency and the

---

5. K9 Nick, has been certified in the detection of marijuana, heroin and cocaine by the New England State Police Administrators Conference (NESPAC).

denominations were as followed: two bundles of $20.00; one bundle of $50.00 and one bundle of $100.00. An exact count was not conducted due to the precision taken by the mailer to conceal the currency; however, two of the vacuum sealed bags were cut open to reveal the exact currency denominations and were replaced with similar vacuum sealed bags.

### THIRD PRODUCTION GRAND JURY INFORMATION FOR IP ADDRESSES

65.       On April 19, 2019, I reviewed the proprietary US Postal databases that were tracking parcels shipped from California to the previously identified CMRAs in Rhode Island and Massachusetts, which included the *Broadcommon Road Parcel* that was found to contain cocaine, revealed a Charter Communications account based out of California was querying the parcel. A grand jury subpoena was issued to Charter Communications requesting subscriber account information for the internet protocols (IP) addresses found to be tracking the parcels.

66.       On April 20, 2019, Charter Communications responded and provided the following subscriber information: Robert BROWN, 330 W 11TH ST APT 602, LOS ANGELES, CA 90015.

67.       Also, on April 19, 2019, a grand jury subpoena was issued to T-Mobile in regards to subscriber information for IP addresses found to be tracking parcels associated with the investigation, to include the *Broadcommon Road Parcel*, which was found to contain cocaine. On April 24, 2019, T-Mobile provided the following subscriber information based on the IP addresses provided:

> a.  Leeron SILVA, 77 Abbott Street, Providence, phone number: (401)744-1707; account opened on February 3, 2019. (L SILVA account queried parcels shipped from Rhode Island to UPS Stores in California in February and March 2019).

    b.   James TOMS, 27 Hawkins Street, Providence, phone number: (401)771-9323;

account opened on May 23, 2017.  (TOMS account queried parcels shipped

from Rhode Island to UPS Stores in California in March 2019).

    c.   Prepaid phones, phone numbers (786)867-2448 and (323)492-4268; querying

parcels shipped to RI from California to include the *Broadcommon Road*

*Parcel.*

**SURVEILLANCE IN LOS ANGELES, CA – MAY 2019**

68.       On May 6, 2019, I, with the assistance of Postal Inspectors in Los Angeles

conducted surveillance at 233 S. La Fayette Park Place, Los Angeles, POLANCO's residence.

Upon arrival at the location, we discovered the apartment building had underground parking for

residents.  Inspector Wilford Claiborne accessed the garage and was able to locate a vehicle

registered to POLANCO.  The vehicle was a 2012 Honda, bearing California registration,

7YAH904, registered to Giselle POLANCO, 233 S. Lafayette Park Place, #108, Los Angeles,

CA 90057.  At no point did we see POLANCO leave the apartment driving that vehicle.

69.       Los Angeles Inspectors and I then conducted surveillance at 330 W. 11th

Street, Los Angeles, BROWN's residence.  Upon arrival at the location, we discovered the

building had a parking garage affixed to it but only residents had access.  Inspector Claiborne

contacted the management at the apartment building, who advised BROWN did reside in

apartment 602.  Inspector Claiborne inquired about vehicles BROWN listed at the apartment and

the manager advised BROWN had a Chevy Corvette.  It should be noted, BROWN had

purchased a Chevy Corvette in December 2018.  A California registration query revealed the

plate number for the Corvette was 8HHT574.  We did not see BROWN leave the garage driving

that vehicle.

70.        Then, Los Angeles Inspectors and I conducted surveillance at the UPS Store
located at 8601 W. Lincoln Boulevard, Los Angeles. I had learned a parcel was mailed from the
Lincoln, Rhode Island Post Office on May 4, 2019 to the UPS Store with an expected delivery
on May 6, 2019. Utilizing US Postal databases, I was able to obtain image of the parcel and
found it was addressed to Maria CRUZ, box number 257. It should be noted, Inspector Reyes
had previously reviewed the application for the renter at the Lincoln Boulevard UPS Store, and
found the listed applicant was Marie CRUZ of Las Vegas, Nevada. A fraudulent Nevada
driver's license was listed as identification on the application. This UPS Store was also the same
location the sneak and peek *Lincoln Blvd Parcel* was destined to.

71.        I then spoke to the manager and owner at the UPS Store inquiring about box
257 and surveillance video within the store. The manager advised the surveillance video for the
store was currently broken. In regards to box 257, the manager advised he had been concerned
about the box since Inspector Reyes obtained a copy of the 1583 application. The manager
advised the renter, Maria CRUZ has not been seen since she opened the box. The manager
stated an African American male always picks up the parcels, usually within an hour after they
are delivered. The manager stated the individual drives a dark colored van and usually parks on
the street near the front the door. Surveillance was then conducted at the UPS Store for the
remainder of the day as well as on May 7, 2019; however, no one picked up the parcel during
that time period.

**FINANCIAL INFORMATION FOR POLANCO**

72.        On April 25, 2019, I served Bank of America with a grand jury subpoena
requesting account information for Giselle POLANCO from September 2018 through April

26

2019. On May 16, 2019, Bank of America responded advising POLANCO had three accounts with an address of 233 S La Fayette Park Pl Apt 108 Los Angeles, CA listed as followed:

      a. Giselle Polanco Sole Prop dba Giselle G, acct. no.: ending 2147

      b. Giselle Polanco Sole Prop dba Giselle G, acct. no.: ending 9061

      c. Giselle Polanco, acct. no.: ending 0876

73.      While reviewing account number ending 0876, the ending balance on April 22, 2019 was $387.00. I noted there were numerous cash deposits via ATMs, dating back to August 24, 2018. These deposits were being in made in the Los Angeles, CA, Miami, FL and Providence, RI areas. The cash deposits ranged from $400.00 to $3000.00. From August 24, 2018 through April 2, 2019, a total of $33,980.00 in cash deposits were made via Bank of America ATMs. On February 2, 2019, a $3980.00 cash deposit was made at the Olneyville Branch in Providence, Rhode Island.

74.      On February 20, 2019, a $3000.00 cash deposit was made at the Olneyville Branch in Providence, Rhode Island into POLANCO's account ending in 2147. On the same date, $1000.00 was transferred from account 2147 to POLANCO's account 0876. On February 28, 2019, $400.00 was transferred from account 2147 to account 0876. Finally, on March 4, 2019, $1500.00 was transferred from account 2147 to account 0876. There were also two $1000.00 cash transfers from outside sources; an Apple pay cash deposit on March 14, 2019 and a Zelle[6] transfer from Robert BROWN on April 12, 2019. The total cash/transfer deposits into account ending 0876 was $40,860.00.

---

6. Zelle is a United States-based digital payments network owned by Early Warning Services, a private financial services company owned by numerous financial institutions. The Zelle service enables individuals to electronically transfer money from their bank account to another registered user's bank account (within the United States) using a mobile device or the website of a participating banking institution.

75.       I noted POLANCO utilized account 0876 for her normal everyday usage to include making rent payments at the beginning of each month to Chateau La Fayette in the amounts varying from $1500.00 to $1800.00.  Chateau La Fayette is the business name of the apartment complex located at 233 S La Fayette Park Place, Los Angeles, CA, one of the TARGET LOCATIONS.

76.       Upon reviewing POLANCO's other two Bank of America accounts, which appeared to be utilized for her online women's shoe business, identified as "Giselle G", I noted the ending balance for account 9061 on April 22, 2019 was $146.09.  With exception of sporadic deposits from Shopify[7], there was very little activity on the account.  Upon reviewing account 2147, I noted the ending balance as of April 30, 2019 was $8.69.  With the exception of a $3000 deposit made on February 20, 2019 and the subsequent transfers to account 8076, there was no activity in this account.

## SUSPICIOUS PARCEL ADDRESSED TO ROXBURY, MASSACHUSETTS

77.       On June 17, 2019, while utilizing USPS proprietary databases, I learned that the same individual or device that was querying the *Broadcommon Road Parcel*, had also queried a parcel shipped on or about May 29, 2019, from Inglewood, California to 56A Clifford Street, Roxbury, MA 02119 (herein referred to as the *Roxbury Parcel*).  Upon reviewing the tracking details for the *Roxbury Parcel*, I discovered the *Roxbury Parcel* was returned to the sender, on June 14, 2019, due to the addressee being unknown at that address.  The *Roxbury Parcel* had arrived at the Venice, California Post Office on June 17, 2019.  I immediately

---

7. Shopify is an ecommerce website utilized by businesses to create, customize, mange products, make payments and ship products.

contacted the Postmaster for the Venice Post Office and requested the parcel be sent to

Inspection Service office in Providence, RI.

78.        Regarding the sender information listed on the *Roxbury Parcel*, through the

use of U.S. Postal Database/Postal verifications systems and CLEAR databases, which maintains

names, addresses, and zip code information, I verified that "13320 Beach ave Marina Del Rey,

CA 90292" was a legitimate address; however, I unable to associate the name "Thomas

Freemont" with that address.  Regarding the addressee information, I verified that the address,

"56 Clifford St Boston, MA 02219" is a legitimate address; however, I was unable to associate

the name "Monique Bliss" with that address.  The name "Monique Bliss" is the same name

utilized on the 1573 application at the Franklin CMRA location, which was previously

mentioned.  Again, it should be noted the post office returned the parcel due to the name

"Monique Bliss" being unknown at the address.

79.        On June 21, 2019, U.S Magistrate Judge Patricia A. ~~Almond~~ authorized a

federal search warrant, (1:19-SW-263 PAS), for the *Roxbury Parcel*.  On the same day, Postal

Inspector Cory McManus and I executed the warrant and discovered numerous California Voter

Registration cards rolled into a bundle that was wrapped in USPS Priority Mail tape.

80.        I was able to review the surveillance video from the Morningside Post

Office, located in Inglewood, California and discovered the shipper of the *Roxbury Parcel* was

Robert BROWN.

**COCAINE SEIZURE – JUNE 2019**

81.        On June 26, 2019, while utilizing USPS proprietary databases, I learned that

a Priority Mail parcel was mailed from Inglewood, California to 20 Commerce Way, Seekonk,

Massachusetts.  Utilizing USPS databases, I was able to obtain an image of the parcel and found the parcel, herein referred to as the *"Commerce Way Parcel"* was addressed to Kia Washington.

82.      On June 27, 2019, Police K-9 Trooper LJ Fiorenzano of the Rhode Island State Police K-9 Unit and his narcotics trained K-9 Nick conducted an examination of the *Commerce Way Parcel* and alerted to the presence of narcotics.  On June 27, 2019, U.S Magistrate Judge Lincoln D. Almond authorized a federal search warrant, (1:19-SW-268 LDA), for the *Commerce Way Parcel*.  On the same day, Postal Inspector Sean Boyce and I executed the warrant and discovered a brick like object wrapped in black saran wrap.  Upon removing the saran wrap we discovered vacuum sealed object, containing a white powdery substance that field tested positive for cocaine.  The total weight of the cocaine was 560 grams.

83.      I was able to review the surveillance video from the Morningside Post Office, located in Inglewood, California and discovered the shipper of the *Commerce Way Parcel* was Robert BROWN.

**PEN REGISTER ON POLANCO'S T-MOBILE PHONE**

84.      On March 5, 2019, a court ordered Pen register and Trap and Trace was authorized by U.S Magistrate Judge Lincoln D. Almond, (1:19-SW 71 LDA), for the collection of call information on POLANCO's T-Mobile phone (401)301-3435.  This pen register and trap and trace device became operational on or about March 7, 2019.   A second Pen Register and Trap and Trace was authorized by US Magistrate Judge Lincoln D. Almond, (1:19-PR-21 LDA) on April 5, 2019 and became operational that same day.  A third Pen Register and Trap and Trace was authorized by US Magistrate Judge Patricia A. Sullivan, (1:19-PR-32 PAS) on May 7, 2019 and became operational on May 13, 2019.  A fourth Pen Register and Trap and Trace was

authorized by US Magistrate Judge Patricia A. Sullivan (1:19-PR-44 PAS) on July 3, 2019 and became operational on July 18, 2019.

85.     I have analyzed data produced by the above-referenced court-authorized pen register and trap and trace device on POLANCO's phone. Between March 5, 2019 and July 25, 2019, records show that approximately 6,120 calls (of which 2,213 were SMS/MMS messages) were placed to and from POLANCO's phone. During this time period, POLANCO's phone was used to make or receive the following calls/texts:

a.   176 calls/texts to or from the cellular phone number 323-831-4109, used by Robert BUFORD, with the most recent call on May 1, 2019.

b.   75 calls/texts to or from the cellular phone number 323-768-7111, used by Robert BUFORD, with the most recent call on July 22,2019.

c.   54 calls/texts to or from the cellular phone number 786-867-2448, which was a prepaid phone found to be querying numerous parcels. The most recent call was on June 5, 2019.

d.   31 calls from a landline phone number 866-516-0115 found to be registered to Telmate[8] a phone service utilized by correction facilities. All 31 calls occurred in April 1, 2019.

e.   12 calls/texts to or from the cellular phone number 424-558-4729, used by Deondre JONES, with the most recent call on April 13, 2019.

f.   1 call/text to or from the cellular phone number 401-999-1105, used by Leeron SILVA, with the call being made on January 17, 2019.

---

8 . Telmate, now owned by GTL, provides secure inmate communication systems including phones, tablets, investigator tools, video visits, content and more. Telmate serves over 300 correctional facilities in the U.S. and Canada.

g. 1 call/text from cellular phone number: 323-492-4298, a prepaid phone that called the USPS customer call center querying the status of the *Broadcommon Rd Parcel*, with the call being made on May 4, 2019.

**TELMATE SUBPOENA INFORMATION**

86.     On April 25, 2019, a grand jury subpoena was issued to Telmate in regards to ascertaining the inmate information of the individual who called POLANCO's phone 31 times on April 1, 2019. On May 25, 2019, Telmate responded with jail monitored telephone calls for Robert Anthony BROWN from April 1, 2019. It should be noted, BROWN was arrested on April 1, 2019 for an outstanding felony warrant and was housed at the Los Angeles Police Department jail during which time his calls were carried out and monitored by Telmate.

87.     Upon reviewing the jail monitored calls, which there were five (5) to POLANCO, BROWN was asking for assistance with bail. During one of the conversations, POLANCO told BROWN she spoke to a bail bondsman, however the bail bondsman had to wait for BROWN's sister. POLANCO told BROWN "I don't have a job, I don't have nothing to put in collateral."

**BROWN'S USEAGE OF BUFORD SUBSCRIBED T-MOBILE PHONE**

88.     On June 24, 2019, I obtained a copy BROWN's arrest booking log from the Los Angeles Police Department from April 1, 2019. The details listed on the booking log included the date of the arrest, biographical details (name, date of birth, social security number, etc.), address, bail and criminal violation (felony warrant). Also listed was BROWN's residential phone number, which was as followed: (323)831-4109. The subscriber for this number was found to be Robert BUFORD, as previously described. This phone number also received or called POLANCO numerous times, as previously described.

32

89.     Utilizing US Postal databases, I reviewed parcel shipment history to BROWN's residence at 330 W. 11th Street, Los Angeles and was able to review an image of an international parcel addressed to BROWN that was delivered on May 22, 2019. The parcel was shipped from China and the customs label listed the contents as a "Phone." The address label also listed the following phone number for BROWN: 323-831-4109. Again, the subscriber for this telephone number was Robert BUFORD.

## FINANCIAL TRANSACTION – BROWN'S CORVETTE PURCHASE

90.     In reviewing financial transaction data for BROWN, I discovered an IRS Form 8300 was filed on February 20, 2019 and resubmitted on March 8, 2019 by Connell Chevrolet, located at 2828 Harbor Boulevard, Costa Mesa, California. The Form 8300 is completed by businesses when they have received more than $10,000 in cash to complete a sales transaction. On this Form 8300, Connell Chevrolet reported that BROWN had made a $15,000 cash deposit on the purchase of a $91,399.00 Chevrolet Corvette, bearing a Vehicle Identification Number (VIN): 1G1YT2D69G5606990. A registration query on the VIN revealed the Corvette was registered to BROWN, bearing license plate 8HHT574, as previously mentioned in paragraph 84.

91.     On June 24, 2019, I served a grand jury subpoena on US Bank, the financial institution which BROWN utilized for the Corvette loan application. A review of the loan application lists BROWN's employer as "Dawn Nero" and his salary as $333,000 annually. BROWN also listed his current address as 330 West 11th Street, Apt. 602, Los Angeles and phone number of (323)831-4109. The loan application was completed on December 1, 2018. At the bottom of the loan application, there were two hand written names, addresses and phone numbers listed; they are as followed:

33

      a.   Robert BUFORD 10400 S. Hoover ST L.A., CA 90044 323-316-4690

      b.   Diana BROWN 10400 S. Hoover ST L.A., CA 90044 213-321-8961

92.         Additionally, US Bank advised the loan payments were being made from a Bank of America account.

**FINANCIAL INFORMATION FOR BROWN**

93.         On July 9, 2019, a grand jury subpoena was served on Bank of America. On July 22, 2019, I spoke to a Bank of America representative who advised BROWN had a minimal balance. The Bank of America representative also stated there were no direct deposits from any traditional form of employment nor were there large cash deposits, exceeding $10,000.00.

94.         On July 24, 2019, Bank of America responded to the subpoena advising BROWN's account, ending in 3681, was opened on February 27, 2015. The account address listed was 330 W. 11th St Apt. 602, Los Angeles, CA 90015. While reviewing the account, the ending balance on June 21, 2019 was $562.14 (Bank of America did not provide July 2019's statement). I noted there were numerous cash deposits via ATMs, ranging from $40.00 to $3500.00 dating back to September 8, 2018. These deposits were made primarily in the Los Angeles, CA area but also in Attleboro, Massachusetts. From September 8, 2018 through June 21, 2019, a total of $42,390.00 via Bank of America ATMs and branches. There were also numerous Zelle and SQC[9] money transfers to BROWN, totaling $9,800.75 during that same time period. I did not see any deposits or direct deposits indicating BROWN was currently employed.

95.         While continuing to review BROWN's Bank of America account, I noted there were charges for JetBlue Airlines ticket purchases on January 28, 2019 for $263.30 and February 11, 2019 for $150.30. During that same time period, there were cash deposits made at

---

9. More formerly called Square Cash (SQC), which is a mobile app that allows anyone with a debit card send money instantly over email or from a mobile phone application.

the Attleboro, MA Bank of America ATM on January 30, 2019 in the amount of $300.00 and on February 8, 2019 in the amount of $980.00. BROWN's Bank of America debit card was used at the Speedway Gas Station in Cranston, RI on January 28, 2019. Finally, there was a $211.67 hotel charge for the Omni Hotel, located in downtown, Providence on January 30, 2019. AS previously mentioned, POLANCO returned from Los Angeles, California on January 29, 2019.

96.     With the assistance of the Drug Enforcement Administration (DEA), an administrative subpoena was issued to T-Mobile for subscriber information for telephone numbers 323-316-4690 and 213-321-8961. T-Mobile advised the subscriber was the same for both phones, Robert BUFORD, with a listed address as 646 ½ W. 108th Street, Los Angeles, CA 90044. Both phones were activated on December 31, 2018 and were still active.

97.     DEA also advised there was a 2014 report in their database on the following phone number: 213-321-8961. The report advised the phone number was associated with a $17,229.00 money laundering investigation at Phoenix Airport involving Robert Anthony BROWN. DEA advised it was a Phoenix Police investigation and there were no other details in their database.

98.     On July 22, 2019, I received a copy of Phoenix Police departmental report, 2014-01010872, authored by Detective Angel Romo, who was assigned to the Commercial Narcotic Interdiction Unit (CNIU) on June 12, 2014. The following is a summary of the events surrounding the seizure:

> a. On June 11, 2014, the Phoenix Police Department's (PPD) CNIU, stationed at Phoenix's Sky Harbor Airport, consensually contacted Robert BROWN after receiving information regarding a suspicious, last minute one way flight purchased by BROWN, from Boston, Massachusetts to Long Beach,

California, with a layover in Phoenix, Arizona.  Phoenix Police conducted a criminal history query on BROWN and learned he had an extensive criminal history, to include arrests and convictions for trafficking in narcotics.

b.  PPD identified BROWN as he exited the Jetway.  The detectives, who were in plain clothes approached BROWN, identified themselves and asked BROWN if they could speak to him.  It should be noted, PPD had recorded the interaction with BROWN.  BROWN was asked about his travel and he acknowledged a "friend" purchased his ticket last minute.  BROWN was asked if he was travelling with currency and he first stated he had "$14,000" but later said "it was more like $16,000."  BROWN claimed it was "travel money."  PPD asked for consent to search his carry-on bag and checked luggage but BROWN refused.

c.  PPD then obtained a search warrant for BROWN's bags.  A search of BROWN's backpack revealed a blue "Chase" Bank zippered bag containing three (3) large bundles of US Currency, totaling $17,229.00.  PPD also discovered inside BROWN's checked suitcase, two cellular telephones wrapped with a blue rubber band.  A search of BROWN's cellular telephones revealed a photograph of BROWN holding a quantity of marijuana.  Additionally, a USPS shipping receipt, dated 5/29/2014, was found for the shipment of a 24.4 pound parcel from Inglewood, CA to Attleboro, MA.

d.  PPD interviewed BROWN, who told the detectives he was self-employed and an investor.  BROWN stated he gives his "friend" money, who invests it

36

for him and BROWN in return does "security" for him.  BROWN admitted

all the money found in the backpack belonged to him and it was not for the

sale of marijuana.  BROWN admitted to not filing taxes for the tax year of

2013 as well as never paying taxes.  BROWN admitted to living with his

brother-in-law and paying $500.00 a month in rent.

e.   PPD asked BROWN about the USPS receipt and whether not the items

shipped were marijuana and BROWN said "no."  BROWN admitted he had

been in the Boston area for over a week but spent most of his time in

Providence, where he was looking to buy a house.  BROWN could not

provide any documents or the address he was interested in purchasing.

BROWN stated he stayed with his girlfriend, who he refuse to identify but

admitted she had purchased his last minute airline ticket.  BROWN admitted

for being arrested for marijuana cultivation.  BROWN was provided with a

receipt for the currency that was seized by PPD.

99.     I contacted the Phoenix Police and spoke to Sergeant Romo (formerly

Detective) who advised the currency was declared forfeited on September 10, 2014

(Maricopa County case no.: CV 2014-009473).  Sergeant Romo stated BROWN never filed

a claim with the Phoenix Police or the Maricopa County Attorney's Office.

**SECOND PRODUCTION GRAND JURY INFORMATION ON POLANCO'S FINANCIALS**

100.     On June 12, 2019, I served another grand jury subpoena on Bank of America

requesting updated financial information for POLANCO dating back to April 23, 2019.  On July

10, 2019, Bank of America advising POLANCO still had the three accounts previously

mentioned in paragraph 88, as well as a credit card account, which are listed as followed:

    a.  Giselle Polanco Sole Prop dba Giselle G, acct. no.: ending 2147

    b.  Giselle Polanco Sole Prop dba Giselle G, acct. no.: ending 9061

    c.  Giselle Polanco, acct. no.: ending 0876

    d.  Giselle Polanco, acct. no.: ending 8726 (credit card)

101.      While reviewing account number ending 0876, the ending balance on June 20, 2019 was $231.76. I noted there were numerous cash deposits via ATMs, dating back to April 26, 2019. These deposits were being in made in the Los Angeles, CA area. The cash deposits ranged from $300.00 to $2900.00. Including the details from the previous grand jury subpoena, a total of $35,164.48 in cash deposits were made via Bank of America ATMs between August 24, 2018 and June 20, 2019.

102.      There were also several cash transfers, totaling $1000.00 through Zelle from Robert BROWN to POLANCO on the following dates:

    a.  April 29, 2019, $60.00 transfer

    b.  May 8, 2019, $100.00 transfer

    c.  May 24, 2019, $100.00 transfer

    d.  May 29, 2019, $60.00 transfer

    e.  June 3, 2019, $400.00 transfer

    f.  June 4, 2019, $230.00 transfer

    g.  June 14, 2019, $250.00 transfer

103.      There were also three Apple pay cash deposits on May 24, June 3 and June 18, 2019 totaling $737.60.

104.      I noted POLANCO utilized account 0876 for her normal everyday usage to include making rent payments at the beginning of each month to Chateau La Fayette in the

amounts varying from $1500.00 to $1800.00. It should be noted, there were two (2) direct deposits from ADP Total Source on May 24, 2019 in the amount of $870.60 and June 10, 2019 in the amount of $829.08, which indicates POLANCO could be employed by ADP.

105.     Upon reviewing POLANCO's other two Bank of America accounts, which appeared to be utilized for her online women's shoe business, identified as "Giselle G", I noted the ending balance for account 9061 on June 30, 2019 was $2.10. In regards the other account, I noted the ending balance for account 2147 on June 20, 2019 was $62.65. There was a Paypal cash transfer on June 19, 2019 in the amount of $280.00 into account 2147. Then on June 20, 2019, $200.00 was transferred from account 2147 to account 0876.

106.     Finally, upon reviewing POLANCO's credit card account (8726), I noted the current balance as of June 19, 2019 was $379.01. The credit line available was $1000.00. I discovered there were four (4) charges recorded on April 2, 2019 from GTL/Telmate Inmate Services totaling $33.54.

**FINGERPRINT ANALYSIS ON SEIZED BOXES**

107.     On April 30, 2019, I submitted to the US Postal Inspection Service, Forensic Laboratory, the drug parcel packaging/wrappings that were seized in November and December 2018, February and April 2019. I requested analysis be conducted and comparison be made with the known fingerprints of Robert BROWN, Shawn SILVA, Robert BUFORD and others yet identified.

108.     On June 27, 2019, Forensic Latent Print Analyst Patricia Cornell completed her analysis and discovered the following:

39

a. One fingerprint belonging to BROWN was discovered on the manila envelope discovered during the seizure of cocaine in April 2019 (*Broadcommon Road Parcel*).

b. Two fingerprints belonging to BROWN were discovered on the exterior of the Priority Mail box that was found to contain cocaine in February 2019 (*Mineral Spring*

## FOURTH PRODUCTION GRAND JURY REQUEST FOR IP INFORMATION

109. On July 1, 2019, I reviewed the proprietary US Postal databases that were tracking parcels shipped from California to the CMRAs in Rhode Island and Massachusetts, which included the *Roxbury Parcel* and the *Commerce Way Parcel* that was found to contain cocaine, revealed a Charter Communications account based out of California was querying the parcel. A grand jury subpoena was issued to Charter Communications requesting subscriber account information for the internet protocols (IP) addresses found to be tracking the parcels.

110. On July 24, 2019, Charter Communications responded and provided the following subscriber information: Robert BROWN, 330 W 11TH ST APT 602, LOS ANGELES, CA 90015.

## III.  CONCLUSION

111. BROWN has repeatedly been documented on United States Postal Service surveillance cameras mailing packages related to the drug conspiracy detailed above. This includes the Mineral Spring Avenue package containing cocaine from which fingerprint examiners identified his fingerprints, the Broad Common package containing cocaine from which finger print examiners identified his fingerprints and the Commerce Way package, also containing cocaine. This evidence coupled with BROWN's criminal history and involvement in bulk cash smuggling causes me to conclude that probable cause exists to arrest BROWN for

Conspiracy to Possess 500 grams or more of a mixture containing Cocaine with Intent to

Distribute in violation of 21 U.S.C. § 846 and Possession of 500 grams or more of a mixture

containing Cocaine with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

I declare that the foregoing is true and correct.

Richard Atwood
Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn to before me this 9th day of August, 2019.

HONORABLE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF

41